UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 21-4022 MWF (PDx)**                                         Date: August 19, 2021

Title   **United African Asian Abilities Club, et al. v. Carl L. Gehrt, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 13, 2021. (Docket No. 1). On July 21, 2021, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (the "Stipulation"). (Docket No. 8). Pursuant to that Stipulation, Defendants Carl L. Gehrt and Marcia L. Gerht were to respond to the Complaint no later than August 10, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 2, 2021**.

- ■ BY DEFENDANTS: RESPONSE TO THE COMPLAINT or a stipulation and proposed Order to extend the time within which Defendants must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4022 MWF (PDx)**                                                      Date:  August 19, 2021

Title          **United African Asian Abilities Club, et al. v. Carl L. Gehrt, et al.**

respond to the Order to Show Cause by **September 2, 2021** will result in the immediate dismissal of this action.

   IT IS SO ORDERED.

                                                                                        Initials of Preparer:  RS/sjm